UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60598-CIV-DIMITROULEAS

UNITED STATE OF AMERICA,

    Plaintiff,                                    Magistrate Judge Rosenbaum

vs.

REGINA M. KILCREASE,

    Defendant.
_____/

## ORDER DISMISSING CASE WITHOUT PREJUDICE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. See Link v. Wabash Railroad Co., 370 U.S. 626, 630 (1962). A review of the court record herein reveals that the above-styled cause is not at issue. The Defendant Regina M. Kilcrease was served in this case on May 22, 2008. However, no Answer has been filed. On June 25, 2008 this Court issued an Order to Show Cause Why Case Should not be Dismissed for Lack of Prosecution [DE 4]. The Order gave the Plaintiff up to and including July 2, 2008 within which to begin prosecuting the case or show cause as to why this case should not be dismissed. The Court warned that failure to comply with the terms of the Order would result in immediate dismissal. There has been no response from the Plaintiff.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The above-styled case is hereby **DISMISSED without prejudice** for lack of prosecution;

2. The clerk shall close this case;

3. All pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 3rd day of July, 2008.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Steven M. Davis, Esq.

Regina M. Kilcrease
3200 N. 72 Terrace
Hollywood FL 33024